IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERRY A. CHAMBERS, SR. | : | CIVIL ACTION |
| v. | : | |
| RENEE CARDWELL HUGHES, et al. | : | NO. 13-2017 |

O R D E R

AND NOW, this        day of April, 2013, upon consideration of plaintiff Jerry A. Chambers's motion to proceed in forma pauperis and his pro se complaint, IT IS ORDERED that:

1.  The motion to proceed in forma pauperis is GRANTED.

2.  Plaintiff, Jerry A. Chambers, Sr., #GF-1954, shall pay in installments the full filing fee of $350. Based on the financial information provided by Mr. Chambers, an initial partial filing fee of $12.88 is assessed. The Superintendent or other appropriate official at the State Correctional Institution at Greene or at any other prison at which Mr. Chambers may be incarcerated is directed to deduct $12.88 from his inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 2609 U.S. Courthouse, Philadelphia, PA 19106, to be credited to Civil Action No. 13-2017. After the initial partial filing fee is collected and until the full filing fee is paid, the Superintendent or other appropriate official at the State Correctional Institution at Greene or at any prison at which Mr. Chambers may be incarcerated, shall deduct from plaintiff's account, each time that plaintiff's inmate trust fund account exceeds $10, an amount

no greater than 20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 13-2017.

  3. The complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) & (ii) for the reasons discussed in the Court's Memorandum.

  4. The Clerk of Court is directed to send a copy of this order to the Superintendent of the State Correctional Institution at Greene.

  5. The Clerk of Court shall CLOSE this case for all purposes, including statistics.

BY THE COURT:

_____
GENE E.K. PRATTER, J.